**COMMONWEALTH of Pennsylvania, ex rel. Carey C. ABNEY, Sr., Petitioner**

v.

**CLERK(S), Motions Court of the Court of Common Pleas–First Judicial District of Pennsylvania (Criminal Division), Respondents.**

**No. 73 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.**

**Miguel ALICIA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 78 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Blaine BALDWIN, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

 

## ORDER

PER CURIAM.

AND NOW, this 25th day of September 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Should not this Court clarify the doctrine of sentencing merger, and its implications under constitutional double jeopardy analysis, under circumstances where the exact same set of facts satisfies the elements of two different offenses?